UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES, | No. 2:17-cv-2610-EFB P |
| Plaintiff, | |
| v. | ORDER |
| MARY GREEN, et al., | |
| Defendants. | |

Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1), but has failed to submit a certified trust account statement. According to plaintiff, the "cashier refuses to fill [it] out." ECF No. 2 at 3.

Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted a certified copy of his trust account statement or the institutional equivalent.

Accordingly, plaintiff has 30 days from the date this order is served to submit the required trust account statement. If plaintiff is unable to comply with this order, he must submit to the

1

court a copy of his request for a copy of his certified trust account statement along with any responses received from prison officials. Failure to comply with this order may result in dismissal. The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.

So ordered.

Dated: December 18, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE